# United States Bankruptcy Court
# Northern District of Oklahoma

**IN RE:**

| | | |
|---|---|---|
| **Linsey Louise Prollock** | **Debtor** | **Case No. 26−11272−T**<br>**Chapter 7**<br>**Adv. No. 26−01040−T** |
| **Ian's Enterprise, LLC** | **Plaintiff(s),** | |
| **v.** | | |
| **Linsey Louise Prollock** | **Defendant(s).** | |

## SUMMONS IN AN ADVERSARY PROCEEDING

________________________________ is SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of Clerk
U.S. Bankruptcy Court
The Federal Building
224 S. Boulder
Tulsa, OK 74103

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney
Amanda Rae Blackwood
Blackwood Law Firm, PLLC
512 NW 12th Street
Oklahoma City, OK 73103

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

October 27, 2026
Date of Issuance

**JOLE ANN AWTREY**
**CLERK, U.S. BANKRUPTCY COURT**

**CERTIFICATE OF SERVICE**

I, ______________________________, certify that service of this summons and a copy of the complaint was made on _______________ by:

☐ Mail Service: Regular, First Class United States Mail, postage fully pre-paid, addressed to:

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of __________________, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

______________________________ ______________________________

Date Signature

| Print Name | | |
|---|---|---|
| Business Address | | |
| City | State | Zip |