**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

**IN RE:**

LINSEY LOUISE PROLLOCK ,

**Debtor(s).**

**Case No.** 26-11272-T
**Chapter** 7

**Adv. Pro. No.** 26-01040-T

IAN'S ENTERPRISE, LLC ,

**Plaintiff,**

LINSEY LOUISE PROLLOCK ,

**Defendant.**

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Bankruptcy Rules 1007(a) and Bankruptcy Rule 7007.1, and Local Rules 1007-1, 2003-2, 7007.1-1 and 9014-1(B),

Ian's Enterprise, LLC ______________________, a
[Name of Corporate Party]

(check one):

- ☐ Corporate Debtor
- ☑ Party to an adversary proceeding
- ☐ Party to a contested matter
- ☐ Member of committee of creditors

makes the following disclosure(s):

**All** corporations, other than a governmental unit, that directly **or indirectly** own ten percent (10%) or more of any class of the corporation's equity interests are listed below:

______________________________

______________________________

______________________________

______________________________

**OR**

☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Dated this 3rd day of November, 2026

/s/ Amanda R. Blackwood

Amanda R. Blackwood, OBA #33839
BLACKWOOD LAW FIRM, PLLC
512 NW 12th Street
Oklahoma City, OK 73103
405.309.3600 -Telephone
405.378.4466 – Facsimile
amanda@blackwoodlawfirm.com - Email
ATTORNEY FOR PLAINTIFF