**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| In re:<br>LINSEY LOUISE PROLLOCK,<br><br>Debtor. | ) | Case No. 26-11272-T<br>Chapter 7 |
| IAN'S ENTERPRISE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LINSEY LOUISE PROLLOCK,<br><br>Defendant. | ) | Adv. No. 26-01040-T |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE**

D. Mitchell Garrett Jr. of Garrett Law enters his appearance as counsel for Defendant Linsey Louise Prollock in this adversary proceeding. Under Local Rule 9010-1(C), he requests notice of all matters in this adversary proceeding and asks that all notices, pleadings and other papers be served on him at the address below.

Respectfully submitted,

/s/ D. Mitchell Garrett Jr.
D. Mitchell Garrett Jr., OBA #20704
GARRETT LAW
320 South Boston Avenue, Suite 825
Tulsa, Oklahoma 74103
Telephone: (918) 221-6190
Email: mitchell@garrettlawcenter.com
Attorney for Defendant
Linsey Louise Prollock

**CERTIFICATE OF SERVICE**

I certify that on November 25, 2026, I electronically filed this Entry of Appearance and Request for Notice with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to Amanda R. Blackwood, amanda@blackwoodlawfirm.com, attorney for Plaintiff.

/s/ D. Mitchell Garrett Jr.
D. Mitchell Garrett Jr.