# Attachment and Instructions for Order Setting Scheduling Conference Judge Paul R. Thomas

**The Scheduling Conference will be held via the telephone. Directions for participation are attached.**

The parties shall confer at least seven (7) days before the conference in order to discuss discovery requirements, including but not limited to those set forth in Federal Rule of Civil Procedure 26(f), possible amendments and motions.

Should the parties desire, they may submit to the Court a proposed agreed Scheduling Order not later than five (5) days prior to the date of the conference through E-Orders. Please use the form proposed Scheduling Order attached.

**If the parties submit such a proposed agreed Scheduling Order and the same is acceptable to the Court, the order shall be entered and the conference will be stricken. The submission of a proposed agreed Scheduling Order shall satisfy the requirement of submission of a report of discovery conference under Bankruptcy Rule 7026 and Federal Rule of Civil Procedure 26(f).**

Such conference may be adjourned from time to time without additional notice, other than the announcement of the adjourned date at such conference. Any requests for continuances must be made by filing a written motion for continuance of conference no later than two (2) days prior to the conference date and must contain an averment by opposing counsel that there is no objection to such continuance being granted. It should be accompanied by a proposed order granting the same uploaded through E-Orders.

**Participant Instructions and Telephonic Hearing Protocol**

- Participants must dial-in five (5) minutes before the commencement of the hearing
- Call the **DIAL-IN** number: **650−479−3207**
- When prompted, enter the **ACCESS CODE**: **2314 059 5439#**.
- You will be placed on hold until the Host [Courtroom Deputy] activates the conference call.
- Once you have been connected to the conference, do not announce your presence until the Judge requests appearances.
- Wait for your case to be called before speaking and do not address the Court until called upon. Multiple hearings may be scheduled at the same time and a hearing may be in process. Treat the conference as if you are sitting in the courtroom waiting for your case to be called.
- Cases on Chapter 13 dockets will be called in the order listed on the Court's Calendar. Calendars can be found at www.oknb.uscourts.gov under the box titled "Court Calendars."
- Do not place your call on hold, as that may result in "on hold" messages or music interfering with the conference.
- Mute your telephone or otherwise maintain telephone silence while waiting for your case to be called.
- Refrain from making unnecessary noise such as paper shuffling or typing during the conference.