**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **IN RE:**<br><br>**Debtor.** | **Case No.**<br>**Chapter** |
| **Plaintiff,**<br>**v.**<br><br>**Defendant.** | **Adv. No.** |

**SCHEDULING ORDER**

THIS MATTER comes on for Scheduling Conference before the Court. Plaintiff appears through his/her attorney ____________________. Defendant appears through his/her attorney ____________________.

Counsel for the Plaintiff and Defendant stipulate that the initial disclosures required under Fed. R. Civ. Pro. 26(a)(1) (are, are not) necessary in this adversary proceeding.[1] The Court accepts the stipulation of the parties on this matter. Furthermore, the Court finds cause exists to establish a schedule as set forth below.

IT IS THEREFORE ORDERED that the deadline to file motions to join or add additional parties is ________________.

IT IS THEREFORE ORDERED that the deadline for filing motions to amend pleadings is __________________________.

IT IS THEREFORE ORDERED that Discovery shall be completed by _______________.

__________________________

IT IS FURTHER ORDERED that the deadline for submission of dispositive motions is ______________________.

IT IS FURTHER ORDERED that the deadline to file motions in limine is ____________.

IT IS FURTHER ORDERED that a Pre-Trial Order, initiated by the Plaintiff and in accordance with the standard form, must be submitted to the Court on or before ______. If a Pre-Trial Order or a motion for extension of time to submit a Pre-Trial Order is not timely submitted, this adversary proceeding shall be dismissed.

FURTHER, no date set by this Order shall be modified except upon good cause shown and by filing a written application with a proposed Order at least five (5) days before the scheduled date.

[1] If the Rule 26(a) disclosures are necessary, please insert a date for their completion.

###